# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MCAFEE,<br><br>    Plaintiff,<br><br>    v.<br><br>PARKWAY INN MOTEL, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01372-DAD-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u><br><br>(ECF No. 2) |

Plaintiff Curtis Mcafee ("Plaintiff"), proceeding pro se in this action, filed an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915 on October 12, 2017. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

IT IS SO ORDERED.

Dated:  **October 16, 2017**

UNITED STATES MAGISTRATE JUDGE